SCANNED

## Synopsis

| | |
|---|---|
| **Name:** | David Jones |
| **Address:** (City & State Only) | Portland, Maine |
| **Year of Birth and Age:** | 1984; 29 years old |
| **Violations:** | Count One: Possession with Intent to Distribute 100 kilograms or more of marijuana, in violation of 21 U.S.C. § 841. |
| **Penalties:** | Count One: Imprisonment of not less than 5 years and not more than 40 years, and a fine not to exceed five million dollars ($5,000,000), or both (21 U.S.C §841(b)(1)(B). |
| | This is a Class B felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | Count One: Not less than 4 years but not more than life. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count One: Not more than 3 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | L. Sharon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | S/A Paul Wolf |
| **Detention Status:** | Warrant Requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Daniel J. Perry |

**Guidelines apply?  Y/N**           Yes

**Victim Case:**                     No

**Corporate Victims Owed Restitution:**   None

**Assessments:**                     $100 per count